IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHELLE L. TILTON** | : | CIVIL ACTION NO. 1:14-cv-2219 |
| | : | |
| Plaintiff | : | (Judge Kane) |
| | : | (Magistrate Judge Cohn) |
| v. | : | |
| | : | |
| **CAROLYN W. COLVIN,** Commissioner of Social Security | : : : | |
| | : | |
| **Defendant** | : | |

## O R D E R

Before the Court in the above captioned action is a March 31, 2016 Report and Recommendation of the Magistrate Judge. The Defendant waived the opportunity to file objections (Doc. No. 16). **ACCORDINGLY**, this 19th day of April 2016, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation (Doc. No. 15) of Magistrate Judge Cohn.

2) The decision of the Commissioner of Social Security denying Plaintiff's benefits under the Act is **VACATED** and the case is **REMANDED** to the Commissioner of Social Security to develop the record fully, conduct a new administrative hearing and appropriately evaluate the evidence.

3) The Clerk of Court shall **CLOSE** the case.

*s/ Yvette Kane*
Yvette Kane, District Judge
United States District Court